UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD BRYSON,
    Plaintiff,

vs.                                           Case No.: 3:22-cv-21054/MCR/ZCB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on February 10, 2023. (Doc. 7). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2. The plaintiff's "Sworn, Verified Petition for an Injunction for Protection Against Repeat Violence, Pursuant to Section 784.046, Fla. Stat. (2022)," (Doc. 4), is **DENIED**.

1

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 15th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**